# United States District Court
# Central District of California

| | |
|---|---|
| ROGER STEPHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 5:15-cv-00841-ODW (SPx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 39), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by December 21, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 23, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**