1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| ROGER STEPHAN,<br><br>            Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION,<br><br>            Defendant. | Case No. 5:15-cv-00841-ODW (SP)<br><br>**ORDER TO SHOW CAUSE RE:**<br>**SETTLEMENT AGREEMENT** |

In light of the Parties' joint Motion for Settlement Approval (ECF No. 44), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by February 22, 2016, why Parties believe a confidential settlement is proper in this case. Parties are to address whether there is proprietary information at stake, and if Parties cannot show exceedingly good cause as to why the details of the settlement agreement should not be publicly filed, no in camera review of the Settlement Agreement will be granted. Parties are to file a joint brief of no longer than five pages.

No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of an explanatory brief or the filing of the stipulated settlement for the Court's review.

**IT IS SO ORDERED.**

January 25, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**