# United States District Court
# Central District of California

| | |
|---|---|
| ROGER STEPHAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　Defendant. | Case No. 5:15-cv-00841-ODW (SP)<br><br>**SECOND ORDER TO SHOW CAUSE RE: SETTLEMENT AGREEMENT** |

In light of the parties' joint response to the Court's first Order to Show Cause Re: Settlement (ECF Nos. 45–46.), the Court hereby **ORDERS** the parties submit a **REDACTED** settlement agreement. Parties need not disclose any monetary amounts discussed in the settlement agreement, but must submit the other terms and conditions for judicial review. **Parties are to furnish the agreement by February 29, 2016**. No hearing will be held.

**IT IS SO ORDERED.**

February 5, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**