David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Mark Bulgarelli (*Pro Hac Vice*)
markb@progressivelaw.com
Elizabeth Robertson-Young (*Pro Hac Vice*)
liza@progressivelaw.com
PROGRESSIVE LAW GROUP, LLC
140 S. Dearborn Street, Suite 315
Chicago, IL 60603
Telephone: (312) 787-2717
Facsimile: (888) 574-9038

Sergio Rodriguez
srodriguez@srglawgroup.com
SRG Law Group, APLC
8241 White Oak Avenue
Rancho Cucamonga, California 91730
Telephone: (909) 466-1661

JS-6

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER STEPHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>RITE AID CORPORATION,<br><br>            Defendant. | Case 5:15-CV-00841-ODW (SPx)<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Stipulation of Dismissal of Plaintiff Roger Stephan ("Plaintiff") and Defendant Rite Aid Corporation ("Rite Aid"), the Court hereby orders:

[PROPOSED] STIPULATED ORDER OF DISMISSAL

1. That this proceeding is dismissed with prejudice, with each party to bear its own attorneys' fees and costs, except as otherwise set forth in the parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: 2/26/16

THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE